IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR -11-2326-5-TUC-RCC(HCE) |
| Plaintiff, | **ORDER** |
| vs. | |
| JESUS NORIEGA (5) | |
| Defendant. | |

The Court has reviewed the pleadings, the transcript and exhibits and the Magistrate Judge's Reports and Recommendation.

There being no objections filed thereto,

**IT IS ORDERED ADOPTING** the Magistrate Judge's Reports and Recommendation (Docs. 233 and 234).

**IT IS FURTHER ORDERED DENYING** defendant Noriega's Motion to Sever case from defendant Carlos Chavez (Doc. 210).

**IT IS FURTHER ORDERED GRANTING** in part **DENYING** in Part defendant Noriega's Motion to Suppress Statements (Doc. 209). Denied with regard to the initial questioning up to when the defendant requested an attorney, granted with regard to any interrogation of the defendant subsequent to his invocation of his right to an attorney wherein he makes statements pertaining to the offenses which he is charged.

DATED this 29th day of October, 2012.

Raner C. Collins
United States District Judge

*mg*